UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS

RE: **Herman Ray Lewis, Sr.**     CASE NO: _____

## APPLICATION FOR ATTORNEY FEE

1. Comes **Chris Foster**, attorney for the debtor(s), and states that he/she has or will perform the following legal services for the debtor(s) in the prosecution of this case, to wit: preliminary meetings with and counseling of debtor(s); preparation and filing of petition, schedules, plan, and any other required statements or support documentation; attendance of 341(a) meeting of creditors; and any and all other services reasonably necessary for obtaining initial confirmation of the plan, including, only by way of example, the handling of confirmation hearings, negotiations with creditors and other parties in interest, motions to dismiss, motions for relief from stay, and pre-confirmation modifications to the plan.

2. Petitioner has reached the following arrangement with the debtor that the Court allow a total fee of $ **4,000.00** for said services rendered to date and the routine duties required for the completion of the plan and that the fee be distributed as follows:

| | |
|---|---:|
| TOTAL FEE: | 4,000.00 |
| COPYING CHARGE FEE: | 0.00 |
| LESS FEE ALREADY RECEIVED (do not include filing fee): | (- 0.00 ) |
| TOTAL ATTORNEY FEE TO BE PAID BY TRUSTEE: | 4,000.00 |

3. Petitioner further states that no understanding nor agreement has been made directly or indirectly for the division of fees between petitioner and debtor, or any person, firm or corporation.

4. Debtor and petitioner agree The ATTORNEY FEE is to be paid from the funds paid in by the debtor, after the administrative costs have been paid. Then an initial fee paid to the attorney shall be as follows: (a)$1,000.00 for cases with monthly plan payments of less than $200; (b) $1,200 for cases with monthly plan payments between $200 and $499; (c) $1,500.00 for cases with monthly plan payments of $500 or more, after administrative costs have been paid, and the remaining fee at the rate of 25% of the total disbursed to creditors each month thereafter until paid in full.**Notwithstanding the above provisions, GENERALLY, if there are only nonpriority unsecured claims to be paid in the plan or remaining to be paid in the plan, the attorney's fees shall be paid at the rate of 100% of the total plan payment, after first paying administrative costs, including applicable Trustee's fees and administrative fees, until paid in full.

**APPROVED BY:**

/s/ Herman Ray Lewis, Sr.
**Herman Ray Lewis, Sr.**
**Debtor**


**Debtor**


**Trustee**

**APPROVED FEE**: $_____

**Respectfully Submitted,**
/s/ Chris Foster

**Chris Foster 2000174**
**Attorney**
**21941 Interstate 30, Suite 1**
**Bryant, AR 72022**
**Address**


**501-847-9600 Fax:501-847-9604**
**Phone Number**

_____
**United States Bankruptcy Judge**